**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

STEPHEN A. NIMS,

Plaintiff,

v.

FEDERAL DRUG ENFORCEMENT ADMINISTRATION, DON L. TRECKLER, SUPERVISOR; GARY DAVIS, SUPERVISOR; and WAYNE LAMBER, OFFICER,

Defendants.

Civil 00-009 (JRT/FLN)

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

---

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B),

**IT IS HEREBY ORDERED** that defendant's motion to dismiss or in an alternative for a more definite statement [Docket No. 3] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

Dated: March 10, 2000.

JOHN R. TUNHEIM
United States District Judge

FILED MAR 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK