UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen A. Nims,

Plaintiff,

vs.

Federal Drug Enforcement Administration, Don L. Treckler, Supervisor, Gary Davis, Supervisor Wayne Lambert, Officer,

Defendants.

Case No. 00-00:) JRT/FLN

**REPORT AND RECOMMENDATION**

---

No appearance for Plaintiff.
Friedrich Siekert, Assistant United States Attorney, for Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on July 7, 2000, on Defendants' Motion to Dismiss or for a More Definite Statement [#3].

## I. BACKGROUND

On January 4, 2000, Plaintiff filed a Complaint with the Court which listed "Gary Davis," "Don L. Trecker," "Wanye Lambert," and the "Minneapolis Drug Enforcement Agency" as Defendants. The one-page Complaint alleged that:

> In Nov. 1996 Wanye D. Lambert Broke into my apartment and emplant a Federal Police Wirer and laser Surgical Equipment in my Left Ear and Body. At the address of 4965 3rd Ave., NE Minnesota Apt. 9. I have been abused on ilegel wire for three years. SEVERE ABUSE.

See Complaint. Defendants have moved to dismiss the Complaint or, in the alternative, for a more definite statement.



AUG 11 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## II. ANALYSIS

Rule 8(a) of the Federal Rules of Civil Procedure requires that a pleading which sets forth a claim for relief shall contain "a short and plain statement of the claim showing that the pleader is entitled to relief," and "a demand for judgment for the relief that the pleader seeks." Fed.R.Civ.P. 8(a)(2) and 8(a)(3). Even considering Plaintiff's Complaint under the liberal interpretive standards of pro se pleadings[1], it does not meet these requirements. The Complaint does not demonstrate how or why Plaintiff is entitled to relief or what type of relief he desires.

Accordingly, the Complaint should be **DISMISSED WITH PREJUDICE**.

## III. RECOMMENDATION

Based on the files, records and proceedings herein, **IT IS HEREBY RECOMMENDED** that:

1. Defendants' Motion to Dismiss or for a More Definite Statement [#3] be **GRANTED** and this case be **DISMISSED WITH PREJUDICE**.

DATED: Aug 10, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court and serving on all parties, within ten days of this Report and Recommendation, written objections which specifically identify the portions of the proposed findings, recommendations or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs

---

[1] See, e.g., Cooper v. Schriro, 189 F.3d 781 (8th Cir. 1999).

filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.

This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable to the Circuit Court of Appeals.