# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Stephen A. Nims

Case No. Civil 00-9JRT/FLN

v.

JUDGMENT IN A CIVIL CASE

Federal Drug Enforcement Administration, Don L. Treckler, Supervisor, Gary Davis, Supervisor and Wayne Lambert, Officer

---

( ) Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendants' motion to dismiss or for a more definite statement is GRANTED, and this case is DISMISSED with prejudice.

DATE: September 5, 2000

FRANCIS E. DOSAL, CLERK

______________________________

Denise La Fond, Deputy Clerk